SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XIN XU,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>EMILIO GONZALEZ, as Director of the U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, as Acting Director of the U.S. Citizenship an Immigration Services, California Service Center;<br>ROBERT S. MUELLER, III, as Director of the Federal Bureau of Investigation;<br><br>Defendants. | No. C 07-0938 WDB<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE; AND ORDER**<br><br>Hearing Date: September 5, 2007<br>Time: 1:30 p.m. |

The plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule and the hearing date in this matter, in light of the following:

(1) The plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about April18, 2005. The USCIS has not yet adjudicated the Form I-485 application.

(2) The plaintiff filed an action in this Court on February 14, 2007, seeking an order directing

USCIS to adjudicate her I-485 application.

(3) Following the case management conference, the Court adopted the parties' proposed briefing schedule as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | July 25, 2007 |
| Defendants' Opposition/Cross-Motion: | August 8, 2007 |
| Plaintiff's Reply/Opposition: | August 15, 2007 |
| Defendants' Reply: | August 22, 2007 |
| Hearing: | September 5, 2007, at 1:30 p.m. |

(4) Due to an oversight, the plaintiff neglected to file her motion for summary judgment.

(5) The parties therefore respectfully ask this Court to extend the briefing schedule and the hearing date, as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | September 5, 2007 |
| Defendants' Opposition/Cross-Motion: | September 19, 2007 |
| Plaintiff's Reply/Opposition: | October 3, 2007 |
| Defendants' Reply: | October 10, 2007 |
| Hearing: | October 24, 2007, at 1:30 p.m. |

//

//

//

//

//

//

//

//

//

//

//

//

Dated: August 8, 2007

____________/s/____________________
XIN XU
Pro Se

Dated: August 8, 2007

___________/s/_____________________
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 9, 2007

___________________________________
WAYNE D. BRAZIL
United States Magistrate Judge