1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 XIN XU,                                )
                                          ) No. C 07-0938 WDB
13            Plaintiff,                  )
                                          )
14       v.                               )
                                          )
15 MICHAEL CHERTOFF, as Secretary of the  ) **STIPULATION AND ORDER TO**
   Department of Homeland Security;       ) **EXTEND HEARING DATE**
16 EMILIO GONZALEZ, as Director of the    )
   U.S. Citizenship and Immigration Services; ) Hearing Date: November 7, 2007
17 CHRISTINA POULOS, as Acting Director of ) Time:         1:30 p.m.
   the U.S. Citizenship an Immigration Services, )
18 California Service Center;             )
   ROBERT S. MUELLER, III, as Director of the )
19 Federal Bureau of Investigation;       )
                                          )
20            Defendants.                 )

21
       The plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record,
22
   hereby stipulate, subject to approval of the Court, to extend the hearing date in this matter,
23
   currently set for November 7, 2007, at 1:30 p.m., in light of the fact that government counsel,
24
   Edward A. Olsen, will be at a Department of Justice conference in Washington, D.C., from
25
   November 5 through November 8, 2007.
26
       The parties propose a revised hearing date of November 14, 2007, at 3:00 p.m., if this meets the
27
   Court's approval.
28

   STIPULATION TO EXTEND HEARING DATE
   C07-0938 WDB                              1

| | |
|---|---|
| Dated:  October 30, 2007 | /s/<br>XIN XU<br>Pro Se |
| | |
| Dated:  October 30, 2007 | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: October 31, 2007      _____
                             WAYNE D. BRAZIL
                             United States Magistrate Judge

STIPULATION TO EXTEND HEARING DATE
C07-0938 WDB                                  2