1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND DIVISION

12 XIN XU,                              )
                                        ) No. C 07-0938 WDB
13              Plaintiff,              )
                                        )
14         v.                           )
                                        ) **STIPULATION TO DISMISS;** and
15 MICHAEL CHERTOFF, Secretary of the   ) [~~Proposed~~] **ORDER**
   Department of Homeland Security, in his Official )
16 Capacity; et al.,                    )
                                        )
17              Defendants.             )
                                        )
18

19      Plaintiff, proceeding *pro se*, and Defendants, by and through their attorneys of record, hereby

20 stipulate, subject to the approval of the Court, to dismissal of the above-captioned action because

21 the United States Citizenship and Immigration Services (USCIS) has adjudicated Plaintiff's Form

22 I-485 application for adjustment of status.

23      Each of the parties shall pay their own costs and fees.

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
C07-0938 WDB                                    1

```
 1  Date: November 27, 2007              Respectfully submitted,

 2                                       SCOTT N. SCHOOLS
                                         United States Attorney
 3

 4                                              /s/
                                         EDWARD OLSEN
 5                                       Assistant United States Attorney
                                         Attorneys for Defendants
 6

 7
                                                /s/
 8  Date: November 27, 2007              XIN XU
                                         *Pro Se*
 9

10                                  **ORDER**

11       Pursuant to stipulation, IT IS HEREBY ORDERED that plaintiff's action is dismissed.

12
13  Date:  11/28/2007                    _____
14                                       WAYNE D. BRAZIL
                                         United States Magistrate Judge
15
```

STIPULATION TO DISMISS
C07-0938 WDB                        2